# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03052-BNB

JOSE MEDINA ESCOBAR,

     Plaintiff,

v.

WARDEN TRANI,
MAJOR HOLDITCH,
CAPTAIN HUERTAS,
LIEUTENANT TRAVIS,
LIEUTENANT TIDEMANN,
LIEUTENANT VANGELDER,
LIEUTENANT RUNDLE,
LIEUTENANT WILL,
SERGEANT LANGDEN,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT CROSLEY,
SERGEANT WORTHEN,
SERGEANT REED,
SERGEANT BORDERS,
C/O GALLAHER,
C/O AURITI,
C/O McPHERSON,
C/O VIGIL,
C/O CASADY,
C/O WHITFIELD,
C/O GROOM,
C/O ESLINGER,
C/O CAMERON,
C/O CORTEZ,
C/O BODYCOMB,
C/O SPURLOCK,
C/O THORSTAD,
C/O SOLIZ,
C/O DICKENS, and
C/O FLICK,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

"Plaintiff's Motion to Compel" (ECF No. 18) filed on January 18, 2013, in which Plaintiff asks the court either to allow this action to proceed or to advise him regarding any additional deficiencies, is DENIED as moot.  On January 14, 2013, the Court entered a Second Order Directing Plaintiff to Cure Deficiencies that explains the deficiencies that remain to be cured in this action.

Dated:  January 23, 2013