**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03052-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN TRANI,
MAJOR HOLDITCH,
CAPTAIN HUERTAS,
LIEUTENANT TRAVIS,
LIEUTENANT TIDEMANN,
LIEUTENANT VANGELDER,
LIEUTENANT RUNDLE,
LIEUTENANT WILL,
SERGEANT LANGDEN,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT CROSLEY,
SERGEANT WORTHEN,
SERGEANT REED,
SERGEANT BORDERS,
C/O GALLAHER,
C/O AURITI,
C/O McPHERSON,
C/O VIGIL,
C/O CASADY,
C/O WHITFIELD,
C/O GROOM,
C/O ESLINGER,
C/O CAMERON,
C/O CORTEZ,
C/O BODYCOMB,
C/O SPURLOCK,
C/O THORSTAD,
C/O SOLIZ,
C/O DICKENS, and
C/O FLICK,

    Defendants.

---

**ORDER FOR ADMINISTRATIVE CLOSURE**

---

2

This matter is before the Court pursuant to this Court's Minute Order (Doc. # 64), wherein the Court stated:

> The Court has learned that at a hearing on 12/02/2013 before Magistrate Judge Shaffer in Case No. 12-cv-01662-CMA-CBS, Mr. Escobar's attorney in that matter represented to the Court and filed a Notice indicating that Mr. Escobar wishes to administratively close Case No. 12-cv-03052-CMA-KLM (in which Mr. Escobar is not represented).  If this information is correct, Mr. Escobar is directed to file, no later than 12/16/2013, either a motion to administratively close Case No. 12-cv-03052-CMA-KLM pending the outcome in 12-cv-01662-CMA-CBS, OR a notice that he does not wish to administratively close Case No. 12-cv-03052-CMA-KLM.  Failure to comply with this Order will result in the Court administratively closing Case No. 12-cv-03052-CMA-KLM, based on Mr. Escobar's attorney's representations.

To date, Mr. Escobar has filed nothing in the above-referenced case.  Therefore, pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action.

If the parties wish to reopen this case, they shall file an appropriate mtoion to reopen this matter for good cause within 60 days from the date of this Order.  If no motion to reopen this case is filed <u>by close of business February 20, 2014</u>, this matter will be dismissed by the Court.

DATED:  December __20__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge