IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03052-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN TRANI,
MAJOR HOLDITCH,
CAPTAIN HUERTAS,
LIEUTENANT TRAVIS,
LIEUTENANT TIDEMANN,
LIEUTENANT VANGELDER,
LIEUTENANT RUNDLE,
LIEUTENANT WILL,
SERGEANT LANGDON,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT CROSLEY,
SERGEANT WORTHEN,
SERGEANT REED,
SERGEANT BORDERS,
C/O GALLAHER,
C/O AURITI,
C/O MCPHERSON,
C/O VIGIL,
C/O CASADY,
C/O WHITFIELD,
C/O GROOM,
C/O ESLINGER,
C/O CAMERON,
C/O CORTEZ,
C/O BODYCOMB,
C/O SPURLOCK,
C/O THORSTAD,
C/O SOLIZ,
C/O DICKENS, and
C/O FLICK,

    Defendants.

_____
### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a document entitled **Plaintiff Motions the Court for Mercy** [#66][1] (the "Motion"). On December 20, 2013, the Court entered its Order for Administrative Closure [#65] (the "Order"), which ordered that this case be administratively closed. In the Order, the Court informed the parties that if they "wish to reopen this case, they shall file an appropriate motion to reopen this matter for good cause within 60 days from the date of this Order." *Order* [#65] at 2. The Motion does not request reopening of this case. *See generally Motion* [#66]. In addition, the Motion was filed in all three of Plaintiff's pending cases, including one that remains open in which he has counsel. *See* 12-cv-01662-CMA-CBS Docket at [#90]. Accordingly, the Court will not treat the Motion as a motion to reopen this case. As a result, no motion to reopen the case has been filed and the case remains administratively closed. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#66] is **STRICKEN**.

Dated:  January 29, 2014

---

[1] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.