**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03052-CMA-KLM

JOSE MEDINA ESCOBAR,

     Plaintiff,

v.

WARDEN TRANI,
MAJOR HOLDITCH,
CAPTAIN HUERTAS,
LIEUTENANT TRAVIS,
LIEUTENANT TIDEMANN,
LIEUTENANT VANGELDER,
LIEUTENANT RUNDLE,
LIEUTENANT WILL,
SERGEANT LANGDEN,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT CROSLEY,
SERGEANT WORTHEN,
SERGEANT REED,
SERGEANT BORDERS,
C/O GALLAHER,
C/O AURITI,
C/O McPHERSON,
C/O VIGIL,
C/O CASADY,
C/O WHITFIELD,
C/O GROOM,
C/O ESLINGER,
C/O CAMERON,
C/O CORTEZ,
C/O BODYCOMB,
C/O SPURLOCK,
C/O THORSTAD,
C/O SOLIZ,
C/O DICKENS, and
C/O FLICK,

Defendants.

---

## ORDER OF DISMISSAL

---

On December 20, 2013, this case was administratively closed.  (Doc. # 65.)

Pursuant to The Order of Administrative Closure, "[i]f no motion to reopen this case is

filed by close of business February 20, 2014, this matter will be dismissed."  (Id.)  To

date, no party has filed a motion to reopen the case.  Therefore, it is

ORDERED that this case is DISMISSED, each party to pay its own attorney fees

and costs.

DATED: March _____6_____, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge