IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03052-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN TRANI,
MAJOR HOLDITCH,
CAPTAIN HUERTAS,
LIEUTENANT TRAVIS,
LIEUTENANT TIDEMANN,
LIEUTENANT VANGELDER,
LIEUTENANT RUNDLE,
LIEUTENANT WILL,
SERGEANT LANGDEN,
SERGEANT WAGNER,
SERGEANT COSSABONE,
SERGEANT CROSLEY,
SERGEANT WORTHEN,
SERGEANT REED,
SERGEANT BORDERS,
C/O GALLAHER,
C/O AURITI,
C/O MCPHERSON,
C/O VIGIL,
C/O CASADY,
C/O WHITFIELD,
C/O GROOM,
C/O ESLINGER,
C/O CAMERON,
C/O CORTEZ,
C/O BODYCOMB,
C/O SPURLOCK,
C/O THORSTAD,
C/O SOLIZ,
C/O DICKENS, and
C/O FLICK,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal of Judge Christine M. Arguello entered on March 6, 2015 it is

ORDERED that this case is DISMISSED, each party to pay its own attorney fees and costs.

Dated at Denver, Colorado this 6th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   A. Thomas

Deputy Clerk